IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNIE DEMOND JACKSON,<br><br>  *Plaintiff*,<br><br>v.<br><br>Warden VERONICA STEWART, *et al.*,<br><br>  *Defendants.* | CIVIL ACTION NO.<br>5:25-cv-00234-TES-AGH |

## ORDER ADOPTING RECOMMENDATION OF DISMISSAL

Before the Court is the United States Magistrate Judge's Recommendation of Dismissal [Doc. 8]. Plaintiff Johnnie Demond Jackson did not object to the Recommendation. So, after reviewing it for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. *See* Fed. R. Civ. P. 6(a)(1) and (d); 28 U.S.C. § 636(b)(1). The magistrate judge recommended dismissal on two theories. [Doc. 8, p. 12]. First, Plaintiff's motion to proceed *in forma pauperis* is barred by the "three strikes provision" of the Prison Litigation Reform Act. [Doc. 8, p. 2]; 28 U.S.C. § 1915(g). Plaintiff has failed to plead adequate *imminent* danger to satisfy § 1915(g)'s one exception. [Doc. 8, pg. 3–7]. Second, Plaintiff improperly joined defendants under Fed. R. Civ. P. 20(a)(2) and failed to state a claim under 28 U.S.C. § 1915(A)(b) and § 1915(e)(2)(B). [Doc. 8, p. 10–11]. Accordingly, Plaintiff's motion to proceed *in forma pauperis* is **DENIED**, and his complaint is **DISMISSED without prejudice** under the

three-strikes rule and for improper joinder and failure to state a claim. Plaintiff's remaining motions are **DENIED** as moot.

    **SO ORDERED**, this 5th day of September, 2025.

                                        *S/ Tilman E. Self, III*
                                        **TILMAN E. SELF, III**
                                        **UNITED STATES DISTRICT JUDGE**