IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOHNNIE DEMOND JACKSON,                    *

                Plaintiff,                    *

v.                                                                          Case No.   5:25-cv-00234-TES-AGH

                                   *

WARDEN VERONICA STEWART et al.,

                                   *

                Defendants.

_____                    *

## J U D G M E N T

      Pursuant to this Court's Order dated September 5, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

     This 8th day of September, 2025.

                           David W. Bunt, Clerk

                           s/ Erin Pettigrew, Deputy Clerk